UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARGARET PETERSON, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>U.S. BANCORP EQUIPMENT FINANCE, INC., a corporation; U.S. BANCORP, a corporation; DOES 1 – 50, inclusive,<br><br>  Defendants. | Case No: C 10-0942 SBA<br><br>**ORDER**<br><br>Docket 31 |

Having read and considered Defendants' Ex Parte Application re: Extending Motion Cut-Off Deadline to the Court's Next Available Hearing Date, as well as Plaintiff's opposition thereto,

IT IS HEREBY ORDERED THAT

1. Defendants' ex parte application is GRANTED. The hearing on Defendant's Motion for Summary Judgment (Dkt. 32) will take place on **June 7, 2011 at 1:00 p.m**. To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows: (a) Plaintiff's opposition to the motion shall be filed by no than April 26, 2011; and (b) Defendants' reply shall be filed by no later than May 3, 2011.

2. The Court, in its discretion, may decide the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion will be necessary. The parties are advised to check the Court's website to determine whether a court appearance is required.

3. This Order terminates Docket 31.

IT IS SO ORDERED.

Dated: April 5, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge